UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 17-20044-ABA |
| | Chapter: vchChapter |
| Blanca Bacon | Judge: Andrew B. Altenburg Jr. |

NOTICE OF PROPOSED ABANDONMENT

DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on January 9, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

$10,000.00  1976 North East Avenue Lot 2  Vineland, NJ  08360

Liens on property:

$0

Amount of Equity claimed as exempt:

$5,000.00

Objections must be served on, and requests for additional information directed to:

Name:           Douglas S. Stanger

Address:        646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221

Telephone No.   (609) 645-1881

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-20044-ABA
Blanca Bacon                                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 1            Date Rcvd: Dec 06, 2017
                              Form ID: pdf905            Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2017.
db              +Blanca Bacon,    1251 W Cornell St,    Vineland, NJ 08360-2328
516828445       +BP Fisher Law Group LLP,    1900 Main St #610,    Irvine, CA 92614-7319
516857022       +Best Buy,    100 Consumer Square,    Mays Landing, NJ 08330-3324
516857023       +Boscov's,    PO Box 17642,    Baltimore, MD 21297-1642
516857025      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,    PO Box 85015,    Richmond, VA 23285-5015)
516857024      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: BP,    PO Box 9014,    Amoco Card,    Des Moines, IA 50368)
516857026       +North Star Capital Acquisition,    6851 Jericho Turnpike,    Syosset, NY 11791-4494
516857031       +Northland Group, Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
516857027       +Premier Notice,    PO Box 7999,    Saint Cloud, MN 56302-7999
516857028        Sears,    PO Box 3005,    Langhorne, PA 19047-9105
516857029       +Target,    PO Box 673,    Minneapolis, MN 55440-0673
516828446       +Wilmington Savings Fund Society,    145 Clinton Street,    Delaware City, DE 19706-7705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 06 2017 22:59:47     U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 06 2017 22:59:43     United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                   Newark, NJ 07102-5235
516857021        E-mail/Text: bankruptcycare@affinityfcu.com Dec 06 2017 22:59:23
                   Affinity Federal Credit Union,    PO Box 621,    Basking Ridge, NJ 07920-0621
516857030       +E-mail/Text: ally@ebn.phinsolutions.com Dec 06 2017 22:58:54     Ally Financial,
                   PO Box 130424,    Saint Paul, MN 55113-0004
516831247       +E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2017 23:03:21     Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Christiana Trust, a division of Wilmington Savings
               Fund Society, FSB, not in its individual capacity, but solely as owner trustee on behalf of
               RBSHD 2013-1 Trust bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger    doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
              Seymour Wasserstrum    on behalf of Debtor Blanca  Bacon mylawyer7@aol.com,    ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5